UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | No. 3:05-CR-32 |
| | ) | (Phillips) |
| **SIDNEY DOUGLAS ADAMS** | ) | |

## ORDER

Defendant has moved the court for a continuance of his sentencing hearing currently set for December 15, 2006 [Doc. 378]. A telephonic motion hearing was held with counsel on December 14, 2006, at which time, the government expressed opposition to continuing the sentencing hearing.

In support of the motion to continue, defense counsel stated that additional time is needed to prepare for the evidentiary hearing to be held in conjunction with defendant's sentencing. It appears to the court that the defendant will be prejudiced if not allowed additional time to prepare for the evidentiary hearing. Accordingly, defendant's motion to continue the sentencing hearing [Doc. 378] is **GRANTED.** Counsel are **DIRECTED** to contact Janet Jackson, Courtroom Deputy, to reschedule the sentencing/evidentiary hearing.

**ENTER:**

    s/ Thomas W. Phillips
United States District Judge