**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

UNITED STATES OF AMERICA,     )
     )
v.     )   No. 3:05-CR-32
     )   (PHILLIPS/GUYTON)
SIDNEY DOUGLAS ADAMS,     )
     )
     Defendant.     )

**ORDER FOR WRIT OF HABEAS CORPUS
AD TESTIFICANDUM**

It is hereby ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus

Ad Testificandum to the Sheriff of Knox County, Tennessee, to bring Jeremy Robbins

before this Court on January 10, 2007, no later than 9:30 a.m., then and there to be sworn

as a witness for the Defendant at the sentencing hearing in this cause. If the said Sheriff

so elects, the United States Marshal for the Eastern District of Tennessee or any other duly

authorized Deputy United States Marshal is authorized to receive the said Jeremy Robbins

into his or her possession at the Knox County Detention Center and, under safe and

secure conduct, to have him brought before United States District Judge Thomas W.

Phillips at the aforesaid time and place, for the aforesaid purpose, and to return him to the

said Sheriff, under safe and secure conduct, at the conclusion of said hearing.

ENTER this 3rd day of January 2007.

*Thomas W. Phillips*
_____