# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **No. 3:05-CR-32** |
| ) | **(Phillips)** |
| **SIDNEY DOUGLAS ADAMS** ) | |

## ORDER

This matter is before the court on the defendant's motion for an order recommending to the Bureau of Prisons that he be considered for placement at the Federal Correctional institution in Beckley, West Virginia [Doc. 423]. In support of his motion, defendant would show that at the time of his sentencing, he believed his children would be living in Warner Robins, Georgia. Defendant further states that it now appears that his children will stay in the East Tennessee area; therefore, he would like to be placed in a Bureau of Prisons' facility closer to his children.

For the good cause stated, defendant's motion is **GRANTED,** and the court recommends to the Bureau of Prisons that defendant be considered for placement at the Federal Correctional facility in Beckley, West Virginia.

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge